**Exhibit A to the Complaint**

**Location:** San Marino, CA                                              **IP Address:** 174.85.39.241
**Total Works Infringed:** 155                                           **ISP:** Spectrum

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 1 | D783CD5D8FB3BD01FFCE5E2797E7D3AE9399DDCD | 12/24/2019 06:48:37 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |
| 2 | 72112C35CB81B6E13C1DF3697288539E0FD2D5A0 | 12/21/2019 21:35:51 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 3 | 8CAEC789256ECA30A6B442038B787C8B48BDB19E | 12/08/2019 02:56:09 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 4 | 86804856761D83AD88F3D60A55538FD4C54CCAF9 | 12/07/2019 06:29:20 | Blacked | 12/06/2019 | 12/17/2019 | PA0002217665 |
| 5 | 5540C89E5B872A3EB29D38D7D6C59134B3342F74 | 12/05/2019 03:20:22 | Vixen | 11/30/2019 | 12/17/2019 | PA0002217669 |
| 6 | 5463DF03D918B469190A59518CDCF7E245D6494C | 11/28/2019 08:26:46 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 7 | 3D6417380243CB23F0AF15982571F8C8B9F61CDD | 11/28/2019 08:25:22 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 8 | 7CE0C82288F68FABBD5A21F16DEC94A34F9799AA | 11/28/2019 08:22:22 | Blacked Raw | 11/25/2019 | 12/09/2019 | PA0002216263 |
| 9 | CD6DADF9A6B5959F358EFB6752AC6850DBD8371A | 11/14/2019 03:34:42 | Blacked Raw | 11/13/2019 | 11/27/2019 | PA0002213997 |
| 10 | DA9141DD8E8237FF977E932A2A2C7B82F6CA4BC2 | 11/12/2019 21:27:05 | Blacked | 11/11/2019 | 11/27/2019 | PA0002213994 |
| 11 | DCC7090F05EBD2DC37875FE1A13D14A36BD51D03 | 10/30/2019 07:31:26 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 12 | B0F340700704E82E6D52A0BD2FCDE8181F7E57BD | 10/30/2019 07:09:49 | Blacked Raw | 10/29/2019 | 11/15/2019 | PA0002211918 |
| 13 | 654D0A7F4AB135A640426A565F927AB0FFD00592 | 10/24/2019 00:59:36 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 14 | FC737FCE7A9548867EF99172A2951C431AA74E03 | 10/23/2019 02:56:38 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 15 | A3F4857D4E91BF5ACB1499E2D264FDE7135891C3 | 10/12/2019 07:56:50 | Vixen | 10/11/2019 | 10/21/2019 | PA0002207779 |
| 16 | DD7D9795E444F4A6C88F770090690E10B003073E | 10/11/2019 06:03:45 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 17 | 06A699F04233A269B959CFBD8EF524A5BAE9D731 | 10/08/2019 04:37:48 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 18 | 694DABE8C59C17C40698F8E503003AEC22FE7539 | 10/08/2019 04:15:56 | Blacked | 10/07/2019 | 10/21/2019 | PA0002207742 |
| 19 | A135016A510AB51A73CB7894372786888014584A | 10/06/2019 04:35:56 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 20 | 28F641DD86A31D9DE4BFD2443457D581BBB660A1 | 09/29/2019 08:34:16 | Blacked | 09/27/2019 | 10/07/2019 | PA0002205468 |
| 21 | DCBA6D438192CA63B2DCFA1153EAE7DDC01A8E01 | 09/27/2019 04:17:47 | Vixen | 09/26/2019 | 10/01/2019 | PA0002217354 |
| 22 | 3000CA5DB618894F3AE2C4F4EA9962D7268B229A | 09/27/2019 03:53:18 | Blacked Raw | 09/24/2019 | 10/07/2019 | PA0002205464 |
| 23 | C2696D97B84F26C92DAECB9A0C9434564992B852 | 09/27/2019 03:41:17 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 24 | 2861A1669C5388241A40C4CA8F9568E2AAADC9A1 | 09/20/2019 06:22:55 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 25 | 4377D001F4E80BB56FC09EEC160D3E44683A7EAF | 09/17/2019 21:39:48 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |
| 26 | 75AAFCC83F053540C564E26015234507AD59D40E | 09/17/2019 21:26:33 | Blacked | 09/17/2019 | 09/25/2019 | PA0002203161 |
| 27 | 8E939F66D705AE3BCC217AFEC9FD8C8E2E1F0E4A | 09/14/2019 06:38:14 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 28 | 73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B | 09/11/2019 23:48:58 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 29 | 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47 | 09/11/2019 06:03:25 | Tushy | 07/25/2019 | 08/22/2019 | PA0002195515 |
| 30 | 16BE9C2A0836D8C3DA7C84CD3ED4B4E614605590 | 09/11/2019 05:19:45 | Tushy | 09/08/2019 | 10/01/2019 | PA0002217338 |
| 31 | A976917AAA3DF889DAC82884342A1AFCD85ACB2A | 09/11/2019 04:53:33 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 32 | 2481E7C8D0A0CE6BE83D4254DB6669DDC63CE003 | 09/11/2019 04:23:56 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 33 | 21B9DD1AD65C9340920B31128D91CA3F85913384 | 09/11/2019 03:54:02 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 34 | AB6534AEF4B97FFA964325724E1BF40D7F708264 | 09/11/2019 03:40:07 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |
| 35 | 7535B8E27D734177559E1215D6ED207AA7E1DD7D | 08/21/2019 07:18:06 | Blacked Raw | 08/15/2019 | 09/17/2019 | PA0002216211 |
| 36 | 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23 | 08/21/2019 06:39:34 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 37 | C6A16AF61498B40015401768A655EC382074206A | 08/21/2019 06:39:19 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 38 | C7A447A6211D69939CFBE4D9B871F9B86279584B | 08/21/2019 06:35:44 | Tushy | 08/19/2019 | 08/26/2019 | PA0002213301 |
| 39 | AE22AB5504C05C2B883232F07799C9925A3CBA59 | 08/11/2019 07:42:57 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |
| 40 | 00783959987FB8DB89EF83A65108801CE87E72DE | 08/06/2019 02:16:02 | Vixen | 08/02/2019 | 08/22/2019 | PA0002195510 |
| 41 | A035AD89D17FFA204EA1669362F8A2B2947F1D32 | 08/06/2019 02:12:39 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |
| 42 | 662C42833DF0727F4B96196F88475B615B2F0D2B | 08/01/2019 16:48:00 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 43 | 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F | 07/31/2019 02:48:22 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 44 | 1BB2EF62252597B1353F2947F015A86982A0E19F | 07/30/2019 03:41:07 | Vixen | 07/28/2019 | 08/22/2019 | PA0002195513 |
| 45 | B9B81CF9CBB5D7F20ABD0C5309DBDA097FB73E8F | 07/26/2019 15:59:39 | Vixen | 07/23/2019 | 08/27/2019 | PA0002213247 |
| 46 | 0BB45C1043F264656FD238E2E8E117B9E06AD6A0 | 07/23/2019 06:33:28 | Blacked Raw | 07/21/2019 | 08/27/2019 | PA0002213243 |
| 47 | 156E9CD40E90496BDB0EAEC3D0B34567DBD603DE | 07/14/2019 07:51:19 | Vixen | 07/13/2019 | 08/02/2019 | PA0002192302 |
| 48 | BC86E55F2C128EFE18D962E4EB57A61EBD0AD349 | 07/13/2019 04:26:27 | Blacked Raw | 07/06/2019 | 08/02/2019 | PA0002192304 |
| 49 | FA640F8B24763D1B064E09932F554CD3AE0E1F99 | 07/13/2019 04:14:16 | Tushy | 07/10/2019 | 08/02/2019 | PA0002192298 |
| 50 | BD08CDC4AB37B1F288F5D245BC77FD72EC17895E | 07/13/2019 03:57:18 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |
| 51 | 6478D6818B6843DC1DEE5BD5A6C05F7B6D37EC2E | 07/13/2019 03:25:12 | Blacked Raw | 07/11/2019 | 09/17/2019 | PA0002216212 |
| 52 | 22FBA2D37F3FF8668834C09E9AD0CBE9434BBFBD | 07/04/2019 19:49:52 | Vixen | 07/03/2019 | 08/02/2019 | PA0002192292 |
| 53 | 7EF8F2F7F6082F4D5A4608A1FCC50565AB14164B | 07/04/2019 19:46:51 | Blacked | 07/04/2019 | 08/27/2019 | PA0002213242 |
| 54 | 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835 | 07/01/2019 23:58:48 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 55 | 4E9DC5664C79C201A2EA19FB2A7F778E148DB0AA | 07/01/2019 23:51:47 | Blacked Raw | 07/01/2019 | 07/17/2019 | PA0002188302 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 56 | 8F90231D929165419C04B88A9D86829810A8F659 | 06/27/2019 04:45:29 | Tushy | 06/25/2019 | 08/27/2019 | PA0002213234 |
| 57 | 4426831D6F22526B08FB788393DA0808CF36C4EA | 06/27/2019 04:41:32 | Blacked Raw | 06/26/2019 | 08/27/2019 | PA0002213245 |
| 58 | 6D0EDE43E30B54D99B59C11E7ADF30FD3AFBB235 | 06/24/2019 19:26:00 | Blacked | 06/24/2019 | 07/17/2019 | PA0002188313 |
| 59 | 011E0D218B85D173549FA506EC1085CFF2C8173E | 06/24/2019 06:29:48 | Vixen | 06/23/2019 | 08/27/2019 | PA0002213299 |
| 60 | 425A144DDC037D70751164421B5A5C08FEA0536D | 06/21/2019 23:24:07 | Blacked Raw | 06/21/2019 | 08/27/2019 | PA0002213241 |
| 61 | 576A4437D472390C262B8740FC8804E887587AE0 | 06/20/2019 05:37:42 | Blacked | 06/19/2019 | 08/27/2019 | PA0002213298 |
| 62 | A72BE735D576B5D1698069C9E914BDF92FBB83F8 | 06/16/2019 22:41:22 | Blacked Raw | 06/16/2019 | 07/17/2019 | PA0002188314 |
| 63 | 12FF1B0FFE5A134A6044D139F0BDA0A1FCA563E6 | 06/07/2019 03:34:24 | Tushy | 06/05/2019 | 07/17/2019 | PA0002188310 |
| 64 | E6683078F639AE7A581BCADF96A49BC808143689 | 06/06/2019 04:54:54 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |
| 65 | 17A72537C03390C78583D719FF264AF117EC3CCE | 06/02/2019 00:29:31 | Blacked Raw | 06/01/2019 | 07/17/2019 | PA0002188304 |
| 66 | 3BDBA1FCA8DD25F4E9E5BEE72BCD096EE0BF2D70 | 05/28/2019 06:27:15 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 67 | 36AB36E315F2364C930414DB26E4DC3DD1448E5B | 05/25/2019 21:57:50 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 68 | 81E4B03CAEC600228EA3D4AF5EF605E1E8C77E22 | 05/22/2019 04:37:10 | Blacked | 05/20/2019 | 08/02/2019 | PA0002192291 |
| 69 | 71AEDADEDB9940F5C98645531743702E1FA97FD2 | 05/22/2019 04:29:08 | Tushy | 05/21/2019 | 06/17/2019 | PA0002181294 |
| 70 | 87E3EE6A6C12D0A473417E5E80E3584E523406F7 | 05/20/2019 06:51:25 | Vixen | 05/19/2019 | 06/13/2019 | PA0002180953 |
| 71 | C340030059AF08957371330E339FB3AA67E8FFDB | 05/18/2019 21:31:56 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 72 | 8353F4631A78E6DC2342C97336E4C914EF5A5F4C | 05/16/2019 22:13:21 | Blacked | 05/15/2019 | 07/05/2019 | PA0002206387 |
| 73 | C542D326EE13C9860B8EE438E27E0EB12257FB94 | 05/16/2019 22:12:35 | Vixen | 05/14/2019 | 07/05/2019 | PA0002206408 |
| 74 | E2837222C382AC890124A1BC8EA86FE2D30B55F3 | 05/16/2019 22:05:11 | Tushy | 05/16/2019 | 07/05/2019 | PA0002206381 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 75 | 9AD99F74EAC481FE62E8D85289C8C2DF1B9A5425 | 05/13/2019 07:32:09 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |
| 76 | D6E593FFAF850B554D92EE365F8CE27EFEA9918F | 05/12/2019 08:55:05 | Tushy | 05/11/2019 | 07/05/2019 | PA0002206404 |
| 77 | 3CD3C8E5DF7A65B6F7DA01805452CFCE65834ABC | 05/10/2019 20:07:39 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 78 | B666CB237CB60E9827280B9C6460F582E9BC0CA3 | 05/08/2019 17:42:57 | Blacked Raw | 05/07/2019 | 06/03/2019 | PA0002178775 |
| 79 | 63C9CC4A5DE5B1022B35FA1F4D636A19A1F3C2ED | 05/06/2019 23:43:42 | Tushy | 05/06/2019 | 06/03/2019 | PA0002178772 |
| 80 | 05D3B78552E836319482B2437115BECC5CF9A6B5 | 05/03/2019 00:15:44 | Tushy | 05/01/2019 | 07/05/2019 | PA0002206375 |
| 81 | F9B92290296A3DF4D4981A2EB881ECBD9591750C | 05/01/2019 03:35:41 | Blacked | 04/30/2019 | 06/03/2019 | PA0002178774 |
| 82 | 8F104C89FA74744BEB02B58214813B42F91E779A | 04/30/2019 03:58:52 | Vixen | 04/29/2019 | 06/03/2019 | PA0002178770 |
| 83 | 6139AEF3696F83F031C0ED30F17BE4D3EA235E43 | 04/26/2019 04:29:50 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |
| 84 | 49E920F163B2C9EF2C175D4BDFA8E00D957F0478 | 04/26/2019 04:28:05 | Blacked | 04/25/2019 | 05/28/2019 | PA0002200766 |
| 85 | 5646357C2C33F1322815940754A792D16F4A3E8C | 04/23/2019 07:50:15 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |
| 86 | 18B454A9C4B392D3B36B10F5307E46926A367695 | 04/22/2019 19:09:29 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |
| 87 | F84DCE97DEB71401BE49198E7C5E446530B70B41 | 04/20/2019 08:14:30 | Vixen | 04/19/2019 | 05/28/2019 | PA0002200778 |
| 88 | E39547E0E5CD17BF41AD4FD5134CBBAA9EBCDAFF | 04/16/2019 05:00:50 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 89 | 557B5DAD5E3CAC1EBF7F510D67437F1D01235D11 | 04/15/2019 04:27:28 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 90 | BF092885E57151F3056FB00EAF8E1A57D797ECD0 | 04/12/2019 01:23:34 | Tushy | 04/11/2019 | 05/11/2019 | PA0002173890 |
| 91 | 80494AFA4036C921B131676C3D1A61F5DE378231 | 04/11/2019 07:46:44 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 92 | 388E7ED27703F4B83AC8FC4EA6512E7B4FBC5AEC | 04/08/2019 22:33:07 | Blacked Raw | 04/07/2019 | 05/28/2019 | PA0002200775 |
| 93 | 6D290B4F0AF4F990A75DEEA5E166AAE2B2F9A76E | 04/08/2019 22:22:59 | Tushy | 04/06/2019 | 04/29/2019 | PA0002169945 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 94 | 72238D6963354DB00F2FA8EDD9F2FE89E74E2AF5 | 04/02/2019 21:56:19 | Blacked Raw | 04/02/2019 | 05/28/2019 | PA0002200780 |
| 95 | D6C69A84E33A93E55015808B02EB35CAFD158BD5 | 04/02/2019 04:03:13 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 96 | 2DC344712C8F024DE66D424B020B8A8F09019E96 | 04/01/2019 01:41:27 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |
| 97 | 3D73B22368AA542CBD58889118AB1FE58A494E5E | 03/30/2019 20:39:37 | Blacked Raw | 03/28/2019 | 05/28/2019 | PA0002200777 |
| 98 | CD90EE6F184DAEECE79BE0CF80AB33A50847D691 | 03/30/2019 20:13:00 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 99 | 7D487AECDEB71C400AEB340990590B04104A6AB2 | 03/28/2019 04:21:30 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 100 | 4174CF188F635987EA531E9025B3D65154357C60 | 03/27/2019 00:44:20 | Blacked | 03/26/2019 | 04/16/2019 | PA0002187002 |
| 101 | 5BEC96C01D33FA5802AAEA7E6E408FCA13CC84A4 | 03/26/2019 07:18:29 | Vixen | 03/25/2019 | 04/16/2019 | PA0002187577 |
| 102 | 92EF2A83F4B8D3A52D81BE120B336805FFC5C0EC | 03/23/2019 02:04:48 | Tushy | 03/22/2019 | 04/08/2019 | PA0002164887 |
| 103 | 42049603F4A7F341409A9E205F2BC70435A28B68 | 03/13/2019 05:52:08 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |
| 104 | 53B0A4461C3A4E0B59DE4083A98C60314920FD5F | 03/13/2019 05:34:32 | Vixen | 03/10/2019 | 04/29/2019 | PA0002170360 |
| 105 | 2576C73FCD16A2BDC9675221DA0B37F983BF2064 | 03/07/2019 22:09:07 | Tushy | 03/07/2019 | 03/31/2019 | PA0002163981 |
| 106 | B1C6DF80C9534000B93CFEC57B4B5FD239D30173 | 03/06/2019 19:20:48 | Blacked | 03/06/2019 | 03/31/2019 | PA0002163978 |
| 107 | EC72AB6E2428651D76E9B35E34364FBF997D62E4 | 03/06/2019 03:59:42 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 108 | C3B50AC5BA507DED9AA5438C037AE654325A458A | 03/04/2019 20:53:14 | Tushy | 03/02/2019 | 04/17/2019 | PA0002186902 |
| 109 | 9D6A4E605B76F5C9986F3473E12FB9F96549DC2C | 03/01/2019 23:37:01 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |
| 110 | 95211DEB02DCBB251A33D339424E73E630A4419F | 02/27/2019 09:20:47 | Tushy | 02/25/2019 | 04/17/2019 | PA0002187005 |
| 111 | 24CF82C187246B1723490FB9EFC5E01D7758605F | 02/27/2019 09:11:35 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 112 | 12442EA4FFC86E23808045FA742F929BBA5C5DFC | 02/26/2019 06:08:51 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 113 | 82F84C059FD1C4AD62D052849AB588B7B5040129 | 02/23/2019 21:14:49 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 114 | 2609989991816C1C8336EEEAB359A23E33A025F1 | 02/21/2019 01:57:23 | Tushy | 02/20/2019 | 04/29/2019 | PA0002170363 |
| 115 | F2178A3FBBB5F09B3A57249E1BF0707064CC4A16 | 02/20/2019 02:39:40 | Blacked | 02/19/2019 | 03/24/2019 | PA0002184061 |
| 116 | 20BA907B52248823E3EB7A4D76DEF9CD68410876 | 02/19/2019 05:04:40 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 117 | BD43581121484F30AA276489534683C369352F74 | 02/17/2019 06:46:09 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 118 | 2F3A13C5344E272A67038F365076BD99100FB7D2 | 02/13/2019 17:57:16 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 119 | 95268E17253E5EC3710FEE3E293364B0E32DD323 | 02/13/2019 17:55:47 | Tushy | 02/13/2019 | 03/11/2019 | PA0002158596 |
| 120 | 91C272F5FF3F2E58D24C946022CB8ACDAFAB46F4 | 02/13/2019 17:52:16 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 121 | 6C8518139338F489F651B3105489AF5554C47EA4 | 02/11/2019 20:46:21 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 122 | E65EE00C0F0D4A4865E44159C44B08B9E9E5F0E8 | 02/08/2019 06:05:14 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 123 | 43E1E2DF0C41F4D817B330A630F0B02FD1A4D871 | 02/04/2019 07:47:42 | Vixen | 02/03/2019 | 03/24/2019 | PA0002183213 |
| 124 | 5AD5976AA84B123E2212C0D1250711D0AA1138B0 | 02/02/2019 06:29:33 | Blacked Raw | 02/01/2019 | 03/24/2019 | PA0002183205 |
| 125 | 45A3934BE0C445FF3329D7577E3DCDAD5D94CE27 | 02/01/2019 05:09:33 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 126 | ECB025D47E1AF8E2D9F9B72D51812EB497AEFECD | 01/30/2019 06:41:40 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |
| 127 | 91383E068F670EB236C053B4612F4DDBFAD4D27E | 01/28/2019 07:00:51 | Blacked Raw | 01/27/2019 | 03/24/2019 | PA0002184066 |
| 128 | 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18 | 01/28/2019 06:59:36 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 129 | F3EC5C49A82A82556603153EF10C4FDEB42356C2 | 01/24/2019 19:22:25 | Blacked Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |
| 130 | E61DE5DC0D526D171232A8994EAF508BD4CD7092 | 01/21/2019 21:06:07 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 131 | F2BB8E56A085BD28AA2B32F33315A600A314106B | 01/21/2019 04:32:45 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 132 | 4C88C4D3A57CD34511D85F4F6AE987DD02B879FA | 01/20/2019 09:16:15 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 133 | 4229A61048541C2C4B6F56D025B1AAEF82CC87B3 | 01/18/2019 03:54:55 | Tushy | 01/16/2019 | 02/22/2019 | PA0002155133 |
| 134 | C8FCB72512181DEBF68798064F57215F137CC369 | 01/18/2019 03:46:19 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 135 | CC595248E7259D2582D1820525214ACA37D6539A | 01/12/2019 05:16:06 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 136 | D375F105B52A3AC98CBB404F4E4BF08B2820686C | 01/11/2019 06:01:13 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 137 | 2C87C60C1780C78E400F9EF552F85B1954FE1985 | 01/09/2019 06:28:00 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 138 | D309BEF07145EC2E9600C32CCD1DE290EDA19576 | 01/06/2019 20:18:00 | Blacked | 01/05/2019 | 01/22/2019 | PA0002147685 |
| 139 | 3F234693C7427250358D58C3A9CBB4A5DE6E058A | 01/06/2019 20:07:57 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 140 | 0556C637F7D04F10F0365F543414BA69D4439F2F | 01/05/2019 22:40:05 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 141 | 9398F92D76C2130EF50E20A1943442FFEC964A7B | 01/02/2019 12:59:53 | Tushy | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 142 | AEE9101B0F29873FC44DBCF3FB3E261AA44B25FC | 12/31/2018 19:13:15 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 143 | B0CCD9DE9C373BD3CD7467A688FD334CA280E43D | 12/31/2018 02:22:18 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 144 | 2F1C13C6DB1E2B524CEF4625642F942A3692499C | 12/29/2018 23:03:09 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 145 | 682BADB98134F318735CFB1C84B8D990E3DEB8FC | 12/27/2018 06:32:34 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 146 | F7584EAD8BB810CD75BB8B1AC568E48EE5CC21A0 | 12/19/2018 17:31:14 | Blacked Raw | 12/18/2018 | 02/02/2019 | PA0002155391 |
| 147 | E69D217F3829A8CD2C001F943850881B65E07428 | 12/17/2018 17:47:10 | Blacked | 12/16/2018 | 02/02/2019 | PA0002154976 |
| 148 | 6408E0CEE286CE3796276C4A31E08B70CDA5DF9B | 12/16/2018 05:56:03 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 149 | 3AC085445643E065B2D6E0729C5CCA39C38EB0F7 | 12/09/2018 06:25:27 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 150 | 7E161103A36A381DC8204E8086C4356D62BCA77E | 12/06/2018 08:48:20 | Vixen | 12/05/2018 | 12/18/2018 | PA0002141920 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 151 | 0160A3F1D03FA72208EEA37121C853D80C8B161D | 12/04/2018 17:52:23 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 152 | 80F8E78EEAFF824B9871E2268026269EEC58B5D5 | 12/03/2018 17:06:29 | Tushy | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 153 | 3F8FAA2CD28DA12359D511C5707BF401ADF2D0D2 | 11/30/2018 03:50:50 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 154 | ACE5214F31732EF6C3B5DDD1FF03934D4DA680AA | 11/30/2018 03:41:42 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 155 | 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32 | 11/26/2018 15:55:05 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |