J. Curtis Edmondson (CSB 236105)
Edmondson IP Law
2660 SE 39th Loop, Suite D
Hillsboro, OR 97123
503-336-3749/ FAX: (503) 482-7418
jcedmondson@edmolaw.com

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

STRIKE 3 HOLDINGS, LLC,          )
Plaintiff,                       )
vs.                              )
                                 )
 JOHN DOE subscriber assigned    )
 IP address  174.85.39.241       )
                                 )
                                 )
Defendant.                       )
                                 )
                                 )
                                 )
                                 )
                                 )
                                 )
                                 )

**Case No.: 2: 20-cv-00975-TJH-SP**

**DEFENDANT'S NOTICE OF OFFER OF JUDGMENT**

**(FRCP 68)**

Defendant JOHN DOE subscriber assigned IP address 174.85.39.241 (hereinafter "John Doe"), by and through counsel, has served an offer of judgment under FRCP 68 on the Plaintiff on April 11, 2020.

Pursuant to FRCP 68, Plaintiff has 14 days to serve written notice accepting this offer, and after acceptance, the clerk will enter judgment.

Respectfully submitted,

Dated April 11, 2020            /s/ *J. Curtis Edmondson*
                               J. Curtis Edmondson

**CERTIFICATE OF SERVICE**

I hereby certify that on this April 11, 2020, a true and accurate copy of the above and foregoing Notice of Offer of Judgment was served by CM/ECF on:

Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Phone: (310) 556-9680
Fax: (310) 861-5550
Attorney for Plaintiff
Strike 3 Holdings, LLC

Dated April 11, 2020             By: /s/ *J. Curtis Edmondson*
                                 J. Curtis Edmondson