J. Curtis Edmondson (CSB 236105)
Edmondson IP Law
2660 SE 39th Loop, Suite D
Hillsboro, OR 97123
503-336-3749/ FAX: (503) 482-7418
jcedmondson@edmolaw.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>Plaintiff,<br>vs.<br><br>JOHN DOE subscriber assigned<br>IP address  174.85.39.241<br><br>Defendant. | **Case No.: 2: 20-cv-00975-TJH-SP**<br><br>**PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT**<br><br>**(FRCP 68)** |

Plaintiff has accepted the Offer of Judgment submitted by Defendant within the 14 day statutory period. (See Ex. 1). Defendant requests that the clerk of the Court enter the judgment of $3,500.00 inclusive of all costs and fees in favor of Strike 3 Holdings, LLC.  (See Ex. 2).

Respectfully submitted,

Dated May 12, 2020             /s/ *J. Curtis Edmondson*
                               J. Curtis Edmondson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

Letter from Counsel for Strike 3 Holdings, LLC



lincoln@bandlowlaw.com

April 24, 2019

**VIA EMAIL (jcedmondson@edmolaw.com) AND U.S. MAIL:**

J. Curtis Edmondson
Edmondson IP Law
2660 SE 39th Loop, Suite D
Hilsboro, OR 97123

**RE:** *Strike 3 Holdings, LLC v. Doe*, 2:20-cv-00975-TJH-SP; Notice of Acceptance of Offer of Judgment Sent on April 13, 2020

Dear Mr. Edmondson,

    As you know, I represent Plaintiff, Strike 3 Holdings, LLC ("Strike 3"), in the above-captioned matter. After reviewing your client's Offer of Judgment, received on April 13, 2020, Strike 3 hereby accepts. The acceptance includes all damages and costs associated with this litigation, including costs and attorney's fees under 17 U.S.C. § 505. Upon receipt of this notice, which has been served on you pursuant to Fed. R. Civ. P. 68(a), "either party may then file the offer and notice of acceptance, plus proof of service." To that end, I will confer with you after service to ensure all documentation is in order and coordinate who will file the aforementioned documents with the Court.

                                                Sincerely,

                                                Lincoln D. Bandlow

EXHIBIT 2

[PROPOSED] Clerk's Judgment

J. Curtis Edmondson (CSB 236105)
Edmondson IP Law
2660 SE 39th Loop, Suite D
Hillsboro, OR 97123
503-336-3749/ FAX: (503) 482-7418
jcedmondson@edmolaw.com

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> Plaintiff, ) <br> vs. ) <br>   ) <br> JOHN DOE subscriber assigned ) <br> IP address 174.85.39.241 ) <br>   ) <br>   ) <br> Defendant. ) <br>   ) | **Case No.: 2: 20-cv-00975-TJH-SP** <br><br> **[PROPOSED] CLERK'S JUDGMENT** |

**Judgment is hereby entered in favor of Plaintiff, and against Defendant, in the amount of $3,500.00 for all infringements as listed in the Complaint (ECF 1 and 1-1). This amount is inclusive of all costs and attorney fees.**

SO ENTERED:

Dated May ___, 2020

_____
CLERK OF THE COURT

## CERTIFICATE OF SERVICE

I hereby certify that on this May 12, 2020, a true and accurate copy of the above and foregoing Plaintiff's Acceptance of Offer of Judgment was served by CM/ECF on:

Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Phone: (310) 556-9680
Fax: (310) 861-5550
Attorney for Plaintiff
Strike 3 Holdings, LLC

Dated May 12, 2020                By: /s/ *J. Curtis Edmondson*
                                  J. Curtis Edmondson