UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 20-0975-TJH(SPx) | Date | AUGUST 11, 2020 |
|---|---|---|---|

| Title | STRIKE 3 HOLDINGS, LLC., V. JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 174.85.39.241 |
|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, the Notice of Offer of judgment [14] has not included the nature of the offer, the Court cannot enter judgment.

Counsel shall file a stipulation for the entry of judgment for the Court to consider.

IT IS SO ORDERED.

cc: all parties

CV-90                          **CIVIL MINUTES - GENERAL**                          Initials of Deputy Clerk ys