Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Phone: (310) 556-9680
Fax: (310) 861-5550

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

J. Curtis Edmondson (SBN 236105)
Edmondson IP Law
3699 NE John Olsen Avenue
Hillsboro, OR 97124
503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com

*Attorneys for Defendant*
JOHN DOE subscriber assigned
IP Address 174.85.39.241

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address  174.85.39.241,<br><br>　　　　　Defendant. | Case No.: 2: 20-cv-00975-TJH-SP<br><br>**JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT UNDER FRCP 68**<br>**(ECF 18-1, ECF 20)** |

　　　Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), by and through its counsel of record Lincoln D. Bandlow, and Defendant John Doe Infringer Identified as Using

1

IP Address 174.85.39.241 ("Doe"), by and through Doe's counsel of record J. Curtis Edmondson hereby stipulate as follows:

WHEREAS, Defendant offered, pursuant to Federal Rule of Civil Procedure ("FRCP") 68, that a judgment be entered in the amount of $3,500.00, inclusive of attorneys' fees and costs, for all infringements as listed in the Complaint (ECF 1 and 1-1) in favor of Plaintiff and against Defendant in the form attached hereto as Exhibit A;

WHEREAS, Plaintiff timely accepted that offer;

WHEREAS, Defendant requested that the Clerk enter the judgment pursuant to FRCP 68;

WHEREAS, this Court ordered that the parties submit a stipulation setting forth and disclosing the nature of the offer (ECF 20); and

WHEREAS, the parties herby submit to the Court the nature of that offer by attaching Exhibit A.

THEREFORE, the parties respectfully request that the Court enter judgment in this matter pursuant to FRCP 68 by entering the [Proposed] Order submitted concurrently with this Stipulation.

August 18, 2020                                  August 18, 2020

/s/ *Lincoln D. Bandlow*_____    /s/ *J. Curtis Edmondson*_____
Lincoln D. Bandlow                               J. Curtis Edmondson
LAW OFFICES OF                                   EDMONDSON IP LAW
LINCOLN BANDLOW, PC

*Attorneys for Plaintiff*                         *Attorneys for Defendant*
Strike 3 Holdings, LLC                           John Doe