1  J. Curtis Edmondson (CSB 236105)
2  Edmondson IP Law
   2660 SE 39th Loop, Suite D
3  Hillsboro, OR 97123
   503-336-3749/ FAX: (503) 482-7418
4  jcedmondson@edmolaw.com
5
6  *Attorney for Defendant*
7
8  **UNITED STATES DISTRICT COURT**

   **CENTRAL DISTRICT OF CALIFORNIA**
9
   STRIKE 3 HOLDINGS, LLC,         )
10 Plaintiff,                       )  **Case No.: 2: 20-cv-00975-TJH-SP**
   vs.                              )
11                                  )
                                    )  **DEFENDANT'S OFFER OF**
12 JOHN DOE subscriber assigned    )  **JUDGMENT**
   IP address 174.85.39.241        )
13                                  )  **(FRCP 68)**
                                    )
14 Defendant.                       )  **JURY TRIAL DEMAND**
15                                  )
                                    )
16                                  )
                                    )
17                                  )
                                    )
18                                  )
                                    )
19 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯)

1  Defendant JOHN DOE subscriber assigned IP address 174.85.39.241
2  (hereinafter "John Doe") by and through counsel hereby offers judgment under FRCP
3  68, and if accepted by the Plaintiff within the statutory time period, will be entered
4  by the Clerk, as follows:

5  **Judgment entered in favor of Plaintiff, and against Defendant, in the**
6  **amount of $3,500.00 for all infringements as listed in the Complaint (ECF 1 and**
7  **1-1). This amount is inclusive of all costs and attorney fees.**

9  Respectfully submitted,

11 Dated April 11, 2020        /s/ *J. Curtis Edmondson*
12                              J. Curtis Edmondson

**CERTIFICATE OF SERVICE**

I hereby certify that on this April 11, 2020, a true and accurate copy of the above and foregoing Offer of Judgment was served by email and US Mail First Class on:

Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Phone: (310) 556-9680
Fax: (310) 861-5550
Attorney for Plaintiff
Strike 3 Holdings, LLC


Dated April 11, 2020        By: /s/ *J. Curtis Edmondson*
                                J. Curtis Edmondson