Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Phone: (310) 556-9680
Fax: (310) 861-5550

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

J. Curtis Edmondson
Edmondson IP Law
3699 NE John Olsen Avenue
Hillsboro, OR 97124
503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com

*Attorneys for Defendant*
JOHN DOE subscriber assigned
IP Address 174.85.39.241

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN DOE infringer identified as using IP address 108.245.73.214,<br><br>                    Defendant. | Case No.: 2: 20-cv-00975-TJH-SP<br>**[PROPOSED] ORDER RE ENTRY OF JUDGMENT** |

　　**THIS MATTER** having been opened to the Court by Lincoln D. Bandlow, Esq., on behalf of Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), and by J. Curtis Edmondson, on behalf of Defendant John Doe infringer identified as using IP address JOHN DOE subscriber assigned  IP Address 174.85.39.241 ("Doe"),

1

pursuant to the parties' Stipulation for Entry of Judgment pursuant to FRCP 68 and the Plaintiff having accepted Defendant's offer of judgment.  For good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

The Clerk of this Court pursuant to FRCP 68 shall enter the judgment as filed at ECF 18-1 on May 30, 2020.

**IT IS SO ORDERED**

_____
HON. JUDGE TERRY J. HATTER
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER TO DIRECT CLERK TO ENTER THE JUDGMENT

Case No. 2:20-cv-0975-TJH-SP