# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>Plaintiff,<br>vs.<br><br>JOHN DOE subscriber assigned<br>IP address 174.85.39.241<br><br>Defendant. | Case No.: 2: 20-cv-00975-TJH-SP<br><br>**CLERK'S JUDGMENT ON PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT UNDER RULE 68 [18-1]** |

Judgment is hereby entered in favor of Plaintiff, and against Defendant, in the amount of $3,500.00 for all infringements as listed in the Complaint (ECF 1 and 1-1). This amount is inclusive of all costs and attorney fees.

SO ENTERED:

Dated SEPTEMBER 21, 2020      /s/ Yolanda Skipper
                              CLERK OF THE COURT

CLERK'S JUDGMENT PURSUANT TO FRCP 68  2